IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


KAREN JOHNSTON                                                        PLAINTIFF

VS.                                          CIVIL ACTION NO. 5:05cv146DCBJMR

NATIONAL RAILROAD PASSENGER
CORPORATION, ET AL.                                                  DEFENDANTS


ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous of closing this matter on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to

all parties.  If any party fails to consummate this settlement within thirty (30) days, any aggrieved

party may reopen the case for enforcement of the settlement agreement within ten (10) days, and

if successful, additional attorneys' fees and costs from this date forward shall be awarded such

aggrieved party or parties and against the party failing to consummate the agreement.  The Court

specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 8th day of November, 2006.


S/JOHN M. ROPER
CHIEF UNITED STATES MAGISTRATE JUDGE