**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**KAREN JOHNSTON**                                          **PLAINTIFF**

**VS.**                                          **CAUSE NO.5:05CV146DCB/JMR**

**NATIONAL RAILROAD PASSENGER CORPORATION**
**d/b/a AMTRAK; CN, formerly CANADIAN NATIONAL;**
**ILLINOIS CENTRAL RAILROAD; ABC CORPORATION;**
**DEF CORPORATION; GHI CORPORATION; JKL**
**CORPORATION; MNO CORPORATION  AND JOHN DOE(S)1-5**        **DEFENDANTS**

**AGREED ORDER OF DISMISSAL**

THIS CAUSE having come before this Court on this day and all parties appearing by their

respective counsel of record and making known unto the Court that the above styled and numbered

civil action has been compromised and settled, and that Plaintiff has received full accord and

satisfaction of the cause of action set forth in her Complaint, and all parties expressly consenting to

the entry of this judgment;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is

hereby, dismissed with prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 7th day of December, 2006.


                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE


AGREED TO AND APPROVED BY:

s/John A. Foxworth, Jr.              s/George H. Ritter
JOHN A. FOXWORTH, JR.               GEORGE H. RITTER
FOXWORTH & CASANO, PA              BENJAMIN N. PHILLEY
*Attorney for Plaintiff*            WISE CARTER CHILD & CARAWAY, P.A.
                                    *Attorneys for Defendant*